UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JANET PARIONA HUARCAYA, | ) | Case No. 5:26-cv-01126-AH-JDE |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT |
| | ) | AND RECOMMENDATION OF |
| v. | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| WARDEN OF THE ADELANTO | ) | |
| DETNETION CENTER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 6), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 7, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Judgment shall be entered: (1) granting the Petition, in part, on Count Two, with Respondents ORDERED to immediately release Petitioner subject to her preexisting parole;

and (2) dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: APRIL 27, 2026 ____

_____
ANNE HWANG
United States District Judge

2