UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANET PARIONA HUARCAYA, | Case No. 5:26-cv-01126-AH-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN OF THE ADELANTO DETNETION CENTER, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED, in part, as to Count Two, with Respondents ORDERED to immediately release Petitioner subject to the conditions of her preexisting parole; and (2) dismissing the remaining claims raised and relief sought in the Petition without prejudice.

Dated: APRIL 27, 2026

_____
ANNE HWANG
United States District Judge